# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-508
_____

DYCK-O'NEAL, INC.,

    Appellant,

    v.

JACOB KRAWIEC; KAYELA
KRAWIEC,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Karen Cole, Judge.

June 13, 2018

PER CURIAM.

AFFIRMED. *See Dyck-O'Neal, Inc., v. Lanham*, 214 So. 3d 802 (Fla. 1st DCA 2017) (certifying conflict between this Court's decision *Higgins v. Dyck-O'Neal, Inc.*, 201 So. 3d 157 (Fla. 1st DCA 2016), and decisions by the other four district courts of appeal), *review granted*, SC17-975, 2017 WL 4052015 (Fla. Sept. 14, 2017).

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Susan B. Morrison, of Law Offices of Susan B. Morrison, P.A., and David M. Snyder, of David M. Snyder, and Joshua D. Moore, of Law Offices of Daniel C. Consuegra, Tampa, for Appellant.

Adam B. Schemer, Jacksonville, for Appellee.